**Order filed September 19, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00521-CV

_____

**ROBERT S. BENNETT, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-56866**

# O R D E R

Appellant's brief was due September 5, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 5, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM